Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

# UNITED STATES DISTRICT COURT

for the

Southern District of Maryland

Greenbelt Division

|  |  |
|---|---|
| Pankaj Merchia<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br>-v-<br><br>Sherry L. Femmino<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)* | Case No.  8:17-cv-002742-PX<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT TO REQUIRE PERFORMANCE
## OF A CONTRACT TO CONVEY REAL PROPERTY
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if

| | |
|---|---|
| Name | Pankaj Merchia ("Buyer") |
| Street Address | 6701 Democracy Blvd, Suite 300 |
| City and County | Bethesda in Montgomery County |
| State and Zip Code | Maryland 20817 |
| Telephone Number | 301-693-7001 (office) and 561-235-2048 (cell) |
| E-mail Address | pmerchia@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

| | |
|---|---|
| Name | Sherry L Femmino ("Seller-Realtor") |
| Job or Title *(if known)* | Licensed Realtor with MA real estate license #101323 |
| Street Address | 1633 Centre Street |
| City and County | Boston (West Roxbury) in Suffolk County |
| State and Zip Code | Massachusetts 02132 |
| Telephone Number | cell 857-261-6065, home 617-325-0685 |
| E-mail Address *(if known)* | sFemmino@yahoo.com |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)*   Pankaj Merchia ("Buyer")   , is a citizen of the

State of *(name)*   Florida with a place of business in Maryland.

Plaintiff's home area has been affected by Hurricane Irma and the courts in Miami are closed.

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name )* _____ , and

has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)*   Sherry L Femmino ("Seller-Realtor")   , is a citizen of the

State of *(name)*   Commonwealth of Massachusetts   . Or is a citizen of *(foreign nation)*

2    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its principal

place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.    The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount at stake is $1,000,000.00 (one million dollars) that Seller-Realtor, a licensed real estate agent representing herself the owner, agreed to accept from Buyer in exchange for the Property. Additionally, Defendant's breach is resulting in Plaintiff incurring additional losses and costs as stated below.

**III.    Statement of Claim**

A.    Describe the real property owned by the defendant(s) that is the subject of this complaint.  Include the address or location of the property.

The Property in question is at 1633 Centre St, Boston, MA 02132 and includes a 5 bedroom home with 2 baths and 2,244 square feet on a 0.9 acre lot in the city of Boston.

**Chronology:**

- On May 11, 1999 Seller-Realtor purchased Property for $178,500 (see Exhibit F).

- On April 20, 2012 Seller-Realtor listed Property for sale for $995,000 (see Exhibit F).

- On April 6, 2013 Seller-Realtor again listed Property for sale for $995,000 (see Exhibit F).

- On April 7, 2014 Seller-Realtor again listed Property for sale for $995,000 (see Exhibit F).

- On April 14, 2016 Seller-Realtor listed Property for sale for $1,200,000 (see Exhibit F).

- On May 31, 2017 Seller-Realtor listed Property for sale for $1,200,000 (see Exhibit F).

- On September 5, 2017 Buyer made an offer by email to purchase Property for $950,000 using a completed Massachusetts Association of Realtors Standard Residential Purchase and Sale Agreement Form #503 that included all material terms for the agreement (e.g. the Property, the Seller-Realtor and Buyer, contingencies, inspection period, and the closing date). See Exhibit A.

- On September 5, 2017 by email Seller-Realtor, a licensed realtor in Massachusetts (see Exhibit B), made what she called a "counter offer" that included the original offer and its terms (Form #503) with a change of only the price to $1,000,000. See Exhibit C.

- On September 5, 2017 by email Buyer accepted Seller-Realtor's "counter-offer" and sent a $10,000 deposit to Seller-Realtor (see Exhibit D and Exhibit E).

- On September 5, 2017 Seller-Realtor removed listing for sale for Property (see Exhibit F).

- From September 5, 2017 to September 10, 2017 Buyer and Seller-Realtor worked towards completing a Purchase and Sale of Property (e.g. scheduling Buyer's inspection and retaining settlement attorneys). See Exhibit H and Exhibit I.

- On September 11, 2017 Seller-Realtor, by counsel, wrote "The Seller-Realtor would like to return the deposit you mailed to her as she has decided she no longer would like to sell the home."

B.   Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue.  Attach the contract as an exhibit.

1.   When did you enter into the contract with the defendant(s)?

September 5, 2017 (see Exhibits A-D with a Massachusetts Association of Realtors Standard Residential Purchase and Sale Agreement Form #503).

2.   What is the purchase price you agreed to pay?

$1,000,000.00

3.   Describe your obligations under the contract.  Include any terms regarding required deposits.

Buyer was required to make a deposit of $10,000 on September 5, 2017 that Buyer did make. Buyer is required to pay an additional $990,000 on September 29, 2017 that Buyer is prepared to pay.

4.   Describe the defendant(s)' obligations under the contract, including the obligation to convey the real property at issue.

Defendant is required to convey the property on September 29, 2017 at the Suffolk, Boston Registry of Deeds.

C.   Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, including payment of the purchase price.  If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

Buyer sent Seller-Realtor $10,000 on September 5, 2017 by USPS priority mail with tracking (see Exhibit D) that Seller-Realtor acknowledges receiving (see Exhibit G).
Buyer has made arrangements to have the remaining $990,000 provided on September 29, 2017.
Buyer has spoken with The Law Office of Timothy A. Sherman to perform the closing.
Buyer has attempted to coordinate the closing with Seller-Realtor's attorneys (Law Offices of Jennifer Clarke).

D.   Describe when and how you requested that the defendant(s) convey the real property at issue and when and how the defendant(s) refused to do so.  Attach copies of any correspondence with the defendant(s).

Buyer and Seller-Realtor's agreement of September 5, 2017 requires that Seller-Realtor convey title on September 29, 2017 at the registry of Deeds of Suffolk County, Boston, Massachusetts.

Seller-Realtor, by counsel, wrote on September 11, 2017 that "The Seller-Realtor would like to return the deposit you mailed to her as she has decided she no longer would like to sell the home."

Email correspondence with Defendant is attached hereto as Exhibit I.
Text message correspondence with Defendant is attached hereto as Exhibit J.

## IV.   Relief

What is your requested form of relief?   *(check all that apply)*

☒         Specific performance of the contract.   *(Explain why specific performance is the only adequate remedy and why damages would not suffice.)*

**Specific performance is the only adequate remedy** since the property is "Unique" for the following reasons:
(1) The property includes a historical mansion from the 1850s on nearly a full acre of land. Land that may be used to have a separate home for Buyer, a home for Buyer's parents, and homes for Buyer's children, and greenhouses capable of substantially feeding Buyer's family.
(2) The property allows attendance at the magnate Boston Latin School.
(3) The property may be subdivided into at least six legal lots so that each home could later be sold independently.
(4) The property is particularly unique in its potential in a city that is older than our nation and highly developed with few large parcels of land available.
(5) The property is also unique in that it is / has:
on a main road, Centre Street,
one block away from a major thoroughfare, the Veterans of Foreign Wars Parkway,
a couple of blocks away from two churches and places of worship,
a few blocks away from the local Police Station,
a few blocks away from a Subway Station that goes to the heart of Boston
a few blocks away from a central business area including a US Post Office, Bank, grocery store, and restaurants
adjacent to residential single family homes
in a safer part of Boston
a short distance from the Charles River and Havey Beach
a free standing garage
a 5 bedroom home with over 2,200 square feet of living space.

☒         Damages sustained as a result of the defendant(s)' refusal to comply with the contract.   *(Describe the damages you are requesting.)*

    (1) First and foremost Buyer is requesting specific compliance with the written agreement so that Buyer may establish a home for himself and his family.

    (2) Buyer is requesting costs associated with this complaint including without limitation the court filing fee, service fee, fees paid to consultants and attorneys, and cost of Buyer's time associated with preparing, filing, and otherwise pursuing this complaint.

☒      If specific performance cannot be granted, damages in the amount of $       3,368,000.00 .

*(Describe the damages you are requesting.)*

    (1) The lesser of $8,000 per month or the actual rent that Buyer must pay to rent a home with 5 bedrooms, 2 baths, a parking spot, a private parking garage, and space for a garden for whatever duration Buyer must rent a home until a comparable property that fulfills the "Unique" characteristics described above may be purchased. For the requested number above this is estimated at 36 months and 36 x $8,000 = $288,000.

    (2) Buyer's moving expenses associated with moving from a rental property to the comparable property that is ultimately purchased. For the requested number above this is estimated at $20,000.

    (3) Buyer's opportunity costs for time and effort associated with this complaint and then with moving into a rental and then with moving into a comparable property. For the requested number above this is estimated at $60,000.

    (4) The difference in price to ultimately acquire some other property that fulfills the "Unique" characteristics described above. For the requested number above this is estimated at $3,000,000.

    (5) Buyer's lost profits from ultimately selling homes on each of the lots into which the Property may be subdivided. For the requested number above this is estimated based to be $3,000,000 based on subdividing the Property into 8 lots with each lot having a value of $500,000 (8 x $500,000 - $1,000,000 paid for the property = $3,000,000).

    (6) The above number may increase over time and should be paid based on at least the average rate of increase in home price for Boston MA from the time of filing of this complaint to receipt of payment from Seller-Realtor or the highest rate allowed by law.

☒      Other relief.

Court fees, deposition costs, and other costs associated with bringing this case against a licensed real estate agent who willfully chose to break an agreement for her own monetary gain.

Pro Se 9 (Rev. 12/16) Complaint to Require Performance of a Contract to Convey Real Property

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        9/14/2017

Signature of Plaintiff      *P. merchia  P.14*

Printed Name of Plaintiff    Pankaj Merchia

Mailing Address:        PO Box 1048, Great Falls, VA 22066
email address:         pmerchia@gmail.com
cell phone:           703-389-6112

### B.   For Attorneys

Date of signing:        _____

Signature of Attorney      _____
Printed Name of Attorney    _____
Bar Number           _____
Name of Law Firm        _____
Street Address         _____
State and Zip Code       _____
Telephone Number       _____
E-mail Address         _____