PANKAT MERCHTA
PO Box 1048
Great Falls, VA 22066

28 SEP 2017 PM 5 L

Clerk
US District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 2 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY____ DEPUTY

20770-720350