IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Pankaj Merchia<br>Mail: PO Box 1048<br>Great Falls, VA 22066<br>email: pmerchia@gmail.com<br><br>    Plaintiff,<br><br>v.<br><br>Sherry L Femmino<br>1633 Centre St<br>Boston, MA 23233-1463<br>email: sFemmino@yahoo.com<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.8:17-cv-02742-PX<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

    Humbly and Respectfully,
    Pankaj Merchia /electronically signed/
    email: pmerchia@gmail.com
    Mail: PO Box 1048, Great Falls, VA 22066

I certify that the above is sent to Defendant's counsel by email at bcolombo@oreillymark.com, nzb@neilburnslaw.com, roshan@neilburnslaw.com on October 2, 2017.
    Pankaj Merchia /electronically signed/

1